UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA          )          COLLIER/CARTER
                                                       )
          v.                                        )          CASE NO. 1:10-CR-110
                                                       )
AMANDA WEST                           )


REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636(b), I conducted a plea hearing in this case on January 13,

2011. At the hearing, defendant entered a plea of guilty to the lesser included offense in Count

One of the Indictment, conspiracy to manufacture and distribute five grams or more of actual

methampehtamine and fifty grams or more of a mixture and substance containing a detectable

amount of methamphetamine, a Schedule II controlled substance, in violation of 21 USC §§ 846,

841(a)(1) and 841(b)(1)(B), in exchange for the undertakings made by the government in the

written plea agreement.  On the basis of the record made at the hearing, I find that the defendant

is fully capable and competent to enter an informed plea; that the plea is made knowingly and

with full understanding of each of the rights waived by defendant; that it is made voluntarily and

free from any force, threats, or promises, apart from the promises in the plea agreement; that the

defendant understands the nature of the charge and penalties provided by law; and that the plea

has a sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to the lesser included offense in

Count One of the Indictment be accepted, that the Court adjudicate defendant guilty of the

charges set forth in the lesser included offense in Count One of the Indictment, and that the

1

written plea agreement be accepted at the time of sentencing. I further recommend that

defendant remain in custody pending sentencing in this matter. Acceptance of the plea,

adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are

specifically reserved for the district judge.

The defendant's sentencing date is scheduled for **Thursday, May 19, 2011, at 2:00 pm**.


s/William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE



NOTICE TO PARTIES

You have the right to *de novo* review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. Failure to file objections within fourteen days constitutes a waiver of any further right to challenge the plea of guilty in this matter. *See* 28 U.S.C. §636(b).